CAUSE NO. H-12-1784

| | | |
|---|---|---|
| KRATON POLYMERS U.S. LLC,<br>**PLAINTIFF** | §<br>§<br>§ | IN THE UNITED STATES DISTRICT COURT, |
| VS. | §<br>§<br>§ | SOUTHERN DISTRICT OF TEXAS |
| LCY ELASTOMERS L.P.,<br>**DEFENDANT** | §<br>§<br>§ | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 19 2012
David J. Bradley, Clerk of Court

**AFFIDAVIT OF SERVICE**

**BEFORE ME**, the undersigned authority, on this day appeared, **LYNDA THOMPSON**, personally before me and stated under oath as follows:

My name is **LYNDA THOMPSON**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server authorized by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

**ON Friday, June 15, 2012 AT 10:04 AM** - SUMMONS, ORIGINAL COMPLAINT, CORPORATE DISCLOSURE STATMENT, DOCUMENT 1-1 **CAME TO HAND.**

ON Friday, June 15, 2012 AT 01:20 PM - THE ABOVE NAMED DOCUMENTS WERE **DELIVERED TO:** LCY ELASTOMERS L.P., C/O SITE GENERAL MANAGER, NOLAN A. SMITH, 4903 DECKER DR, BAYTOWN, TX, 77520 **BY PERSONAL SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

_Lynda Thompson_
**LYNDA THOMPSON, Affiant**
**ID: SCH000003214 expires: 10/31/2013**

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 18 day of _June_, 2012.

_Wanda Wooten_
Notary Public In And for the State of Texas

DocID: 207395-1


WANDA WOOTEN
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 12, 2013

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| **KRATON POLYMERS U.S. LLC** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| **LCY ELASTOMERS L.P.** | ) | **H-12-1784** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LCY Elastomers L.P.
4803 Decker Dr
Baytown, Texas 77520

by and through LCY's Elastomers L.P. registered agent,
Cecil Lee
4903 Decker Dr
Baytown, TX 77520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Greg Porter
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 1 4 2012

CLERK OF COURT **DAVID J. BRADLEY**

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**AFFIDAVIT ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: