UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRATON POLYMERS U.S. LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:12-cv-01784 |
| | § | |
| v. | § | |
| | § | |
| LCY ELASTOMERS L.P., | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH LCY ELASTOMERS L.P. MUST ANSWER OR OTHERWISE RESPOND TO KRATON POLYMERS U.S. LLC'S ORIGINAL COMPLAINT**

LCY's counsel has requested an extension of time and Kraton's counsel has agreed. Accordingly, the parties have agreed to extend the time in which LCY must answer or otherwise respond to Kraton's Original Complaint until and through August 13, 2012. The Unopposed Motion for Extension of Time in which LCY Elastomers L.P. Must Answer or Otherwise Respond to Kraton's Original Complaint is GRANTED.

It is therefore ORDERED that Defendant LCY has until and through August 13, 2012, to answer, move, or otherwise respond to Kraton's Original Complaint.

SIGNED this 7th day of August, 2012.

_____
Nancy F. Atlas
United States District Judge